*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 23-BS-0755

IN RE CHRISTINA FORBES, ESQUIRE,

Respondent.

A Member of the Bar of the
District of Columbia Court of Appeals      **DDN**: 2023-D033
**Bar Registration Number:** 421198        **BDN:** 23-PD-011

BEFORE: Easterly and McLeese, Associate Judges, and Steadman, Senior Judge.

### O R D E R
(FILED— September 28, 2023)

On consideration of the unopposed petition of the Board on Professional Responsibility ("Board") pursuant to D.C. Bar R. XI, § 13(c), to suspend respondent indefinitely based on disability, and the Board's motion to file under seal, and it appearing that both respondent and Disciplinary Counsel agree hereto, it is

ORDERED that the Board's motion to file under seal is granted. It is

FURTHER ORDERED that Christina Forbes is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and any pending matters are held in abeyance pursuant to D.C. Bar R. XI, § 13(g). It is

FURTHER ORDERED that respondent Forbes' attention is drawn to the requirements of D.C. Bar R. XI, §§ 14(g) and 16, relating to suspended attorneys. It is

FURTHER ORDERED that respondent Forbes shall file an affidavit in compliance with D.C. Bar R. XI, § 14(g) with the court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.

**PER CURIAM**